UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB -4   A 11: 38

------------------------------------------------- X
JENNIFER ENGLERT,                    :    CIVIL ACTION NO.
                                     :    3:03CV952 (SRU)
        Plaintiff,                   :
                                     :
v.                                   :
                                     :
VINUM INTERNATIONAL                  :
SALES & MARKETING COMPANY,           :    FEBRUARY 2, 2004
                                     :
        Defendant.                   :
------------------------------------------------- X

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully removes to withdraw her appearance on behalf of the plaintiff in the above-captioned matter. The plaintiff will continue to be represented by Gary Phelan of Gary Phelan, L.L.C., who already has an appearance in this matter.

The plaintiff consents to this Motion to Withdraw, and is being sent a copy of this motion.

WHEREFORE, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

                            THE PLAINTIFF,
                            JENNIFER ENGLERT

                            By_____

                            Tanya Wolanic (CT 24252)
                            Gary Phelan, L.L.C.
                            433 South Main Street, Suite 117
                            West Hartford, CT 06110
                            (860) 313-5005

## CERTIFICATION

This is to certify that a copy of the foregoing was sent First Class Mail to the following counsel of record this 2nd day of February, 2004.

Ursula L. Haerter, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Brandon R. Blevans, Esq.
Rybicki & Blevans, LLP
50 Old Courthouse Square, Suite 311
Santa Rosa, CA 95404

Tanya Wolanic

2