# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 FEB -4 A 11: 38

|  |  |
|---|---|
| JENNIFER ENGLERT, | CIVIL ACTION NO. |
| Plaintiff, | 3:03CV952 (SRU) |
| v. |  |
| VINUM INTERNATIONAL SALES & MARKETING COMPANY, | FEBRUARY 2, 2004 |
| Defendant. |  |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully removes to withdraw her appearance on behalf of the plaintiff in the above-captioned matter. The plaintiff will continue to be represented by Gary Phelan of Gary Phelan, L.L.C., who already has an appearance in this matter.

The plaintiff consents to this Motion to Withdraw, and is being sent a copy of this motion.

WHEREFORE, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

THE PLAINTIFF,
JENNIFER ENGLERT

By_____

Tanya Wolanic (CT 24252)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005

MOTION GRANTED.
SO ORDERED.
Stefan R. Underhill, USDJ
2/6/04