UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Mar 1  10 25 AM '04

U. S. DISTRICT COURT
NEW HAVEN, CONN.

JENNIFER ENGLERT,                          :      CIVIL NO.:  3-03-CV-952 (MRK)

           Plaintiff,                          :

v.                                                         :

VINUM INTERNATIONAL SALES &      :
MARKETING COMPANY,                     :

           Defendant.                          :      February 26, 2004


## STIPULATION EXTENDING TIME FOR EXPERT DISCLOSURE

THE PARTIES, by and between their respective counsel of record, hereby extend the time for Defendant to make its expert witness disclosure pursuant to Rule 26, as well as the time for Plaintiff to depose Defendant's expert with respect to information contained in such disclosure, as follows:

WHEREAS, the parties' Stipulated Scheduling Order in this matter originally required Defendant to make its Rule 26 expert disclosure by March 1, 2004; and

WHEREAS, said Stipulated Scheduling Order required Plaintiff to conclude expert discovery by April 1, 2004; and

WHEREAS, the parties, through their counsel, agree to mutually extend both deadlines to accommodate the personal situation of Defendant's expert.


Stipulation Extending Time for Expert Disclosures                    Civil No. 3-03-CV-952 (MRK)

THE PARTIES HEREBY AGREE that Defendant shall complete its expert disclosure, including producing any and all required expert reports under Rule 26, on or before March 10, 2004. Plaintiff's right to complete expert depositions with respect any such disclosure or report shall be extended to April 10, 2004.

IT IS SO AGREED.

Dated:  February 27, 2004

THE DEFENDANT,
VINUM INTERNATIONAL SALES AND
MARKETING COMPANY

By_____
BRANDON R. BLEVANS (ct24965)
Rybicki & Blevans, LLP
50 Old Courthouse Square, Suite 311
Santa Rosa, CA  95404
Tel. No.:  707.524.7000

Dated: _____

THE PLAINTIFF,
JENNIFER ENGLERT

By_____See Attached_____
GARY PHELAN (ct03670)
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 177
West Hartford, CT 06110
Tel. No.: 860.313.5005
Fax No.:  860.313.5350

2

THE PARTIES HEREBY AGREE that Defendant shall complete its expert disclosure, including producing any and all required expert reports under Rule 26, on or before March 10, 2004. Plaintiff's right to complete expert depositions with respect any such disclosure or report shall be extended to April 10, 2004.

IT IS SO AGREED.

Dated: February 26, 2004

THE DEFENDANT,
VINUM INTERNATIONAL SALES AND
MARKETING COMPANY

By_____
BRANDON R. BLEVANS (ct24965)
Rybicki & Blevans, LLP
50 Old Courthouse Square, Suite 311
Santa Rosa, CA 95404
Tel. No.: 707.524.7000

Dated: 2/27/04

THE PLAINTIFF,
JENNIFER ENGLERT

By_____
GARY PHELAN (ct03670)
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 177
West Hartford, CT 06110
Tel. No.: 860.313.5005
Fax No.: 860.313.5350

2

## CERTIFIFICATION

This is to certify that a copy of the foregoing Stipulation Extending Time for Expert Disclosure was mailed, U.S. mail, on February 27, 2004, to the following:

Counsel for Plaintiff

Gary Phelan
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 177
West Hartford, CT 06110

_____
Catherine Miller

3