UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JENNIFER ENGLERT, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03cv952 (MRK) |
| | : | |
| v. | : | |
| | : | |
| VINUM INTERNATIONAL SALES & MARKETING COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Stipulation Extending Time For Expert Disclosure [doc. #19], dated February 26, 2004, is hereby APPROVED/GRANTED. All discovery, including all discovery relating to expert witnesses, will be completed by **April 10, 2004**. The deadline for filing of dispositive motions shall remain **May 1, 2004**. A telephonic status conference is scheduled for **April 20, 2004, at 9:00 a.m.** Plaintiff's counsel will initiate the conference call. The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **April 15, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
              U.S.D.J.

Dated at New Haven, Connecticut: March 8, 2004.

RE:    **CASE NO. 3:03CV952 (MRK)**
----------------------------------------------------------------

TO:    **COUNSEL OF RECORD:**

----------------------------------------------------------------

On or before **April 15, 2004,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL JOINT STATUS REPORT, STATING THE FOLLOWING:

    (a)   THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)   INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)   WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                      BY ORDER OF THE COURT
                      KEVIN F. ROWE, CLERK