UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Englert

V.                                              Case Number: 3:03cv952 MRK

Vinum Intl Sales

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>April 8, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 8, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, April 14, 2004.


KEVIN F. ROWE, CLERK

By: <u>/s/ Kenneth R. Ghilardi</u>
    Kenneth R. Ghilardi
    Deputy Clerk