UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JENNIFER ENGLERT, | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:03-CV952 (MRK) |
| v. | : | |
| VINUM INTERNATIONAL SALES AND MARKETING COMPANY, | : | |
| DEFENDANT. | : | April 28, 2004 |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE TO PLAINTIFF, JENNIFER ENGLERT

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter. The parties stipulate to dismiss, with prejudice, all claims that were or could have been raised by the parties.

This Stipulation for Dismissal with Prejudice hereby is respectfully filed by the parties set forth below.

PLAINTIFF,

JENNIFER ENGLERT

By: _____
Gary Phelan, Esq. (CT 03670)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005

DEFENDANT,

VINUM INTERNATIONAL SALES AND
MARKETING COMPANY

By: _____
Brandon R. Blevans (CT 24965)
Rybicki & Blevans, LLP
50 Old Courthouse Square, Suite 311
Santa Rosa, CA 95404
Telephone: (707) 524-7000

## **CERTIFIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 28th day of April, 2004, to:

<u>Counsel for Plaintiff</u>

Gary Phelan, Esq.
Gary Phelan, L.L.C.
433 South Main Street, Suite 177
West Hartford, CT 06110

*Catherine Miller*
Catherine Miller