UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JENNIFER ENGLERT, | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:03-CV952 (MRK) |
| v. | : | |
| VINUM INTERNATIONAL SALES AND MARKETING COMPANY, | : | |
| DEFENDANT. | : | April 28 2004 |

### STIPULATION OF DISMISSAL
### WITH PREJUDICE TO PLAINTIFF, JENNIFER ENGLERT

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter. The parties stipulate to dismiss, with prejudice, all claims that were or could have been raised by the parties.

This Stipulation for Dismissal with Prejudice hereby is respectfully filed by the parties set forth below.

PLAINTIFF,

JENNIFER ENGLERT

By: _____
Gary Phelan, Esq. (CT 03670)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005

DEFENDANT,

VINUM INTERNATIONAL SALES AND
MARKETING COMPANY

By: _____
Brandon R. Blevans (CT 24965)
Rybicki & Blevans, LLP
50 Old Courthouse Square, Suite 311
Santa Rosa, CA 95404
Telephone: (707) 524-7000

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
    Deputy Clerk

Apr 29 11 25 AM '04
FILED